IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WALLACE WORTHEN, JR, | * |
| Plaintiff, | * |
| v. | Case No. 4:22-CV-96-CDL-MSH |
| | * |
| WEST CENTRAL REGIONAL HOSPITAL, *et al.,* | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 19, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 19th day of September, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk